# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Sheila Finnegan |
|---|---|---|---|
| **CASE NUMBER** | 13 CR 463 - 2 | **DATE** | 6/6/2013 |
| **CASE TITLE** | USA vs. Robert Lattas | | |

**DOCKET ENTRY TEXT**

Arraignment held on 6/6/2013 as to defendant Robert Lattas. Defendant is advised of charges and penalties available under the law and informed of his rights. Defendant enters plea of not guilty to all counts. Order setting conditions of release entered by the Court. Rule 16.1(A) conference to be held by 6/13/2013. Pretrial motions to be filed by 6/20/2013. Responses to be filed by 6/27/2013. Status hearing set for 7/9/2013 at 10:00 a.m. before Judge Darrah. Without objection, time is excluded in the interest of justice from 6/6/2013 through and including 7/9/2013 pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) and for reasons stated in open court (X-T).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | IS |
|---|---|---|