# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                             Case Number:

United States of America                                                 13 CR 463

vs.

Steven Bartlett, Robert Lattas, and Nicholas Burge

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Robert Lattas

| | |
|---|---|
| NAME (Type or print) <br> Edward M. Genson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Edward M. Genson | |
| FIRM    Law Office of Edward M. Genson | |
| STREET ADDRESS    53 W. Jackson Blvd., Suite 1420 | |
| CITY/STATE/ZIP    Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0933465 | TELEPHONE NUMBER    (312) 726-9015 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")    N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")    Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL    X                APPOINTED COUNSEL | |